EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re | 2011 TSPR 128 |
| | |
| Nelson Rodríguez López | 182 DPR ____ |

Número del Caso: TS-5391

Fecha: 1ro de septiembre de 2011

Abogado de la Parte Peticionaria:

      Lcdo. Ramón Antonio Guzmán

Materia: Reinstalación al Ejercicio de la Abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re

Nelson Rodríguez López                    TS-5391

Sala de Verano integrada por el Juez Presidente señor Hernández Denton y los Jueces Asociados señor Martínez Torres, señor Kolthoff Caraballo y señor Estrella Martínez.

RESOLUCIÓN

San Juan, Puerto Rico, a 1ro de septiembre de 2011.

Examinado el *Escrito Informativo y Solicitud de Orden Adicional,* se reinstala al Sr. Nelson Rodríguez López al ejercicio de la abogacía.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Kolthoff Caraballo no intervino.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo